**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-1572**

DON BOYD,

Plaintiff - Appellant,

versus

ANTHONY CAMARADO; JOSEPH BALDI; JACK COLBURNE,

Defendants - Appellees,

and

E.U. WURLITZER MUSIC AND SOUND,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., District Judge. (CA-98-3062-3-17-BD)

Submitted: July 8, 1999       Decided: July 14, 1999

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Don Boyd, Appellant Pro Se. Catharine Garbee Griffin, BAKER, BARWICK, RAVENEL & BENDER, L.L.P., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Don Boyd appeals the district court's orders accepting the magistrate judge's report and recommendation and dismissing his appeal against the individual defendants for failure to effectuate proper service. We dismiss the appeal for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders. Absent certification under Fed. R. Civ. P. 54(b), we therefore lack jurisdiction. Accordingly, we dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2